IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02410–REB–KMT

ERIC BUCHANNAN, as Guardian for T.B., a Minor,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## ORDER and
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the court on "Defendant's Unopposed Motion for Extension of Discovery Deadline" [Doc. No. 23] filed July 25, 2013. The defendant sets forth a detailed explanation of the personal crisis which brings him to ask for continuance of discovery deadlines in this case and which will have an impact on the trial setting currently in place before District Judge Robert E. Blackburn. Plaintiffs and plaintiffs' counsel were obviously touched by the difficulties which have been faced by defendant's counsel these last several years and especially during this last year. They have not contested the continuance requested by defendant's counsel.

    This court is likewise personally empathetic to the sometimes rocky and perilous roads a parent may be forced to traverse when their child's health and well being are at stake. In fairness to the plaintiffs, to the defendant and to the court system, however, defendant's counsel may be

forced to re-think whether he can adequately represent his client if this requested extension of time proves inadequate.

It is **ORDERED**

"Defendant's Unopposed Motion for Extension of Discovery Deadline" [Doc. No. 23] is **GRANTED**.  The date for completion of Discovery, both expert and fact, is extended to October 31, 2013.  The Dispositive motion deadline is extended to November 29, 2013.

It is respectfully **RECOMMENDED**

That the trial date of December 16, 2013 at 8:30 a.m. and the Trial Preparation Conference set for November 22, 2013 at 3:30 p.m. be vacated and re-set to a date convenient to the court's calendar at a time commensurate with the extended discovery schedule herein.

Dated this 29th day of July, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge