**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02410-REB-KMT

ERIC BUCHANNAN, as Guardian for T.B., a Minor,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND CONTINUING TRIAL DATE

**Blackburn, J.**

    This matter is before me on the **Order and Recommendation of United States Magistrate Judge** [#25][1] filed July 29, 2013. No party filed objections to the recommendation. Thus, I review this part of the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the recommendation, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    Based on circumstances which have arisen in this case, the magistrate judge recommends that the trial currently set to begin on December 16, 2013, be vacated and reset. I agree with the recommendation of the magistrate judge.

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation stated in the **Order and Recommendation of United States Magistrate Judge** [#25] filed July 29, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the combined Trial Preparation Conference and Final Pretrial Conference set November 22, 2013, at 3:30 p.m., and the trial set to commence December 16, 2013, at 8:30 a.m., are **VACATED** and **CONTINUED** pending further order;

3. That counsel for the plaintiff **SHALL ARRANGE**, **INITIATE**, and **COORDINATE** the conference call necessary to facilitate the setting conference to the court's administrative assistant, **Susan Schmitz, at (303) 335-2350** on **November 13, 2013, at 9:30 a.m.**, to reschedule the combined Trial Preparation Conference and Final Pretrial Conference and the trial; and

4. That the **Trial Preparation Conference Order** [#17] filed December 13, 2012, is **AMENDED** to the extent necessary to implement these orders.

Dated November 4, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge