**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02410-REB-KMT

ERIC BUCHANNAN, as Guardian for
TESS BUCHANNAN, a Minor,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## MINUTE ORDER[1]

    In light of settlement reached by the parties, as described in the joint petition for court approval of settlement [#41] (restricted filing) and [#43] (public entry), the **Defendant's Motion for Summary Judgment as to Plaintiff's TCPA Claims** [#27] filed September 16, 2013, is denied as moot.

    Dated: August 7, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.