**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02410-REB-KMT

ERIC BUCHANNAN, as Guardian for T.B., a Minor

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on the **Stipulation of Dismissal of Case With Prejudice** [#53],[1] filed January 20, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal of Case With Prejudice** [#53], filed January 20, 2015, is **APPROVED**;

    2.  That all extant pretrial deadlines are **VACATED**; and

    3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated January 22, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge